IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 2:10-CV-2-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO COMPEL DISCOVERY |
| | ) | |
| LOUIE WILSON III, | ) | |
| | ) | |
| Defendant. | ) | |

UPON MOTION by the United States for an Order requiring the defendant to appear, produce documents, and give testimony after he failed to appear pursuant to a Subpoena and Notice of Deposition served on him by Deputy U.S. Marshal on November 17, 2010, requiring his appearance at an oral deposition on January 13, 2011.

IT IS ORDERED that the defendant appear at the United States Attorneys Office at 310 New Bern Avenue, Suite 800, Raleigh, North Carolina on the 29th day of June, 2011 at 10:00 a.m. Upon his appearance he shall produce the requested documents and give testimony. Failure to comply with this Order could result in defendant being ordered to show cause why he should not be held in civil contempt.

IT IS FURTHER ORDERED that the United States Marshal for the Eastern District of North Carolina shall serve or cause to be served a copy of this Order upon the said defendant and report his service thereof to the Court.

SO ORDERED, this 13th day of June, 2011.

_____
United States District Judge